US         DC         SD         NY

USA

Vs.                                              05-CR-960 - (JPO)

Spiegleman

    Motion to compel counsel production of attorney client files for §2255 see US v Chappelle 41 F.4th 102 (CA2 2022); Giglio v US 405 US 150 (1972) ; Taylor v US 2022 US APP lexis 16599 (CA-6 ).

That all former counsel's never provided attorney client files upon their termination, to defendant./

that the court order paper/copies of defendants attorney client files See: US v Will iams 2022 US App Lexis 2026 (CA4 2022)

Date 05/14/23                                    *[signature]*

